# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SADDIE DEBISSETTE GOMEZ**, <br><br> Plaintiff, <br><br> *v.* <br><br> **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-2949-KSM** |

## ORDER

**AND NOW**, this 27th day of October, 2022, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 11) and Plaintiff's response thereto (Doc. No. 12), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 9) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**

2. The Clerk of Court shall mark this matter as **CLOSED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.